IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GARY EPSTEIN, | |
|---|---|
| Plaintiff, | 8:17-CV-264 |
| vs. | |
| GLAXOSMITHKLINE, LLC, | JUDGMENT |
| Defendant. | |

On the parties' Joint Stipulation for Dismissal (filing 27), this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 25th day of April, 2018.

BY THE COURT:

*[signature]*
John M. Gerrard
United States District Judge